# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN STEWART, | |
| Plaintiff, | Case No. 2:13-cv-00333-APG-PAL |
| vs. | **ORDER** |
| ROBERT B. SOMERVILLE CO. LIMITED, et al., | (Mot. Prot. Ord - Dkt. #32) |
| Defendants. | |

Before the court is a Motion by Defendant Caterpillar, Inc. for a Protective Order under FRCP 26(c)(1)(A) & (B) and for Award of Monetary Sanctions supported by the Declaration of Frederic F. Grannis (Dkt. #32) filed December 23, 2013.

Counsel for Caterpillar, Inc. ("Caterpillar") seeks a protective order prohibiting depositions noticed on six business days notice demanding witnesses travel from Peoria, Illinois to Las Vegas for depositions on December 27, 2013, from going forward as unilaterally noticed. The notice was served December 16, 2013, seeking Rule 30(b)(6) deposition testimony binding Defendant Caterpillar. The motion represents that counsel for Caterpillar attempted to meet and confer to resolve this dispute with counsel for Plaintiff who has refused to withdraw the notice.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion for Protective Order (Dkt. #32) is **GRANTED** to the extent a temporary protective order is entered precluding the Rule 30(b)(6) depositions noticed for December 27, 2013, in Las Vegas, Nevada, from going forward as scheduled.
2. Plaintiff shall have until **January 7, 2014**, to file a response to the motion.
3. Defendant Caterpillar shall have until **January 14, 2014**, in which to file a reply.

4. A hearing on the Motion for Protective Order (Dkt. #32) is scheduled for **Tuesday, January 21, 2014, at 10:00 a.m.**

Dated this 26th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge