

ORIGINAL

KEVIN DIAMOND, ESQ.
Nevada Bar No. 4967
THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
P.O. Drawer 2070
Las Vegas, Nevada 89125-2070
Ph: (702) 366-0622
Fx: (702) 366-0327
kdiamond@thorndal.com

Attorney for Defendant,
CATERPILLAR, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRYAN STEWART,

Plaintiff,

vs.

ROBERT B. SOMERVILLE CO. LIMITED; SABRE INTERNATIONAL, LLC. CATERPILLAR, INC.; and DOE PERSONS, I through X, inclusive; and ROE CORPORATIONS, XI through XX,

Defendants.

CASE NO.2:13-CV-00333-APG-PAL

Date of Hearing: n/a
Time of Hearing: n/a

**STIPULATION AND ORDER FOR DISMISSAL AND RE GOOD FAITH**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that all claims and causes of action in the above-entitled matter may be dismissed with prejudice, each of the parties to pay their own costs and attorney's fees herein incurred.

IT IS FURTHER STIPULATED THAT all parties hereto agree that all settlements entered in to with the Plaintiff are deemed to be in good faith, thereby satisfying the provisions of NRS 17.245,

and extinguishing claims for contribution and implied indemnity between the parties.

DATED: ~~March~~ April 7, 2014

EGLET WALL CHRISTIANSEN

By: ______________________
PETER CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
400 S Fourth Street, 6th Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED: March 31, 2014

WEIL & DRAGE, APC

By: ______________________
JEREMY KILBER, ESQ.
Nevada Bar No. 10643
2500 Anthem Village Drive
Henderson, Nevada 89052
Attorneys for Defendant,
ROBERT S. SOMERVILLE CO. LIMITED

DATED: ~~March~~ May 16, 2014

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER

By: ______________________
KEVIN DIAMOND, ESQ.
Nevada Bar No. 4967
1100 E. Bridger Avenue
P.O. Drawer 2070
Las Vegas, Nevada 89125-2070
Attorney for Defendant,
CATERPILLAR, INC.

**ORDER**

IT IS SO ORDERED.

DATED: May 19, 2014.

______________________
Hon. Andrew P. Gordon
Judge, United States District Court